DENTONS US LLP
525 MARKET STREET, 26TH FLOOR
SAN FRANCISCO, CALIFORNIA 94105-2708
(415) 882-5000

# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANE JENSEN,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>THE LINCOLN NATIONAL LIFE INSURANCE COMPANY<br><br>　　　　Defendant. | Case No.: SACV 14-01859-JLS-DFM<br><br>**ORDER OF DISMISSAL WITH PREJUDICE PURSUANT TO FED. R. CIV. P. 41(a)** |

Pursuant to the stipulation of the Parties, and for good cause shown, IT IS HEREBY ORDERED that the above-referenced action shall be dismissed in its entirety pursuant to Federal Rules of Civil Procedure, Rule 41(a), with prejudice, with each side bearing its own fees and costs.

IT IS SO ORDERED.

Dated: February 11, 2015

_____
JOSEPHINE L. STATON
JUDGE OF THE DISTRICT COURT